IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:01-CR-60-H-1
4:01-CR-60-H-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAMUEL ANDRE LATHON and | ) | |
| ERIC ANTONIO LATHON, | ) | |
| | ) | |
| Defendants. | ) | |

In this case, the Clerk is DIRECTED to permanently seal the indictment (D.E. 1) and file a public copy of the indictment with the foreperson's signature redacted.

SO ORDERED, this 12th day of January 2018.

James E. Gates
United States Magistrate Judge